UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    EDCV 07-01485-SGL (OPx)                                              Date:  May 14, 2008

Title:    MARVIN R. WASHINGTON AND EARMA WASHINGTON -v- OFFICER R. MONTANEZ, OFFICER BANALES, OFFICER DIEDLA, RICHARD O. GONZALES, CITY OF CORONA, CORONA POLICE DEPARTMENT, BOB DOYLE, GARY WINDOM, LAW OFFICES OF THE PUBLIC DEFENDER, COUNTY OF RIVERSIDE, RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, AND DOES 1 TO 100
=======================================================================

PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

    Jim Holmes                                              None Present
    Courtroom Deputy Clerk                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                                      None present

PROCEEDINGS:    ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW AS COUNSEL  (IN CHAMBERS)

    The Court has received and reviewed plaintiff's counsel's motion to withdraw as counsel in this matter and defendants' qualified non-opposition thereto.  Good cause having been shown, the Court hereby **GRANTS** the motion subject to the condition that all existing scheduled dates and discovery (including depositions that have been noticed to take place in Mississippi) remain in place.  Accordingly, attorney Michael P. Ehline is immediately relieved of his duties to represent plaintiffs Marvin R. Washington and Earma Washington in this matter.  Unless and until plaintiffs obtain legal representation they are charged with litigating this case on their own behalf.

    The May 19, 2008, hearing on said motion is hereby **VACATED**.

    IT IS SO ORDERED.